# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kenton, Victor B. | U.S. District Court | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge: Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
255 E. Temple St., Chambers 5100
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kenton, Victor B.** | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise One Financial Account Cash | | None | J | T | | | | | |
| 2. Oppenheimer Sr Floating Rate | A | Dividend | J | T | Buy | 04/11/13 | J | | |
| 3. Oppenheimber Core Bond Fund CLA | A | Dividend | | | Sold | 04/11/13 | J | A | |
| 4. General Electric | A | Dividend | J | T | | | | | |
| 5. Government National Mortgage Association (IRA) | A | Interest | J | T | | | | | |
| 6. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 7. Constitution Equity II Limited Partnership | A | Dividend | K | W | | | | | |
| 8. Ramco-Gershenson | A | Dividend | J | T | | | | | |
| 9. Retail Properties | | None | | | Sold | 09/20/13 | K | A | |
| 10. Corporate Property Assoc - Global Real Estate Trust | B | Dividend | L | T | | | | | |
| 11. Rocket Fuel | | None | K | T | Buy | 09/20/13 | K | | |
| 12. SteelPath Oppensheimer MLP Select 40 CL C | | None | | | Buy | 04/09/13 | J | | |
| 13. SteelPath Oppensheimer MLP Select 40 CL C | | None | | | Sold | 10/28/13 | J | A | |
| 14. Riversource Life Ins. Co RAVA 5 Advantage Variable Annutiy | D | Int./Div. | N | T | | | | | |
| 15. Riversource Variable Univ. Life IV VP Mod CL2 | C | Int./Div. | L | T | | | | | |
| 16. Oppenheimer Glbl Strat (Formerly Oppenheimer Strat Inc. C13) | A | Interest | J | T | | | | | |
| 17. Fidelity VIP III MCap | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fid VIP Contrafd Cl 2 | B | Interest | J | T | | | | | |
| 19. Royce Micro Cap | A | Interest | J | T | | | | | |
| 20. Fidelity VIP Overseas | A | Interest | J | T | | | | | |
| 21. Blackrock High Yield Bond Investor CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 22. Blackrock Inflation Projected Bond Investor | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 23. Columbia Income Opportunity | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 24. Columbia Active Portfolios Diversified Equity Income | A | Dividend | J | W | Buy | 08/16/13 | J | | |
| 25. Columbia Active Portfolios Select Large Cap | A | Dividend | J | W | Buy | 08/16/13 | J | | |
| 26. Active Portfolio Mult Manager Small Cap Equity CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 27. Active Portfolio Mult Mgr Core Plus Bond CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 28. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 29. Active Portfolio Mult Mgr Growth CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 30. Active Portfolio Mult Mgr Value CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 31. Eaton Vance FLTG Rate & High Income CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 32. Goldman Sachs Mid Cap Value CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 33. JP Morgan Income Opportunity CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 34. JPMorgan Large Cap Growth CL A | A | Dividend | J | T | Buy | 07/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Intl Value CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 36. MFS Emerging Markets Debt CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 37. MFS Value CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 38. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 39. Oppenheimer Intl Growth CL A | A | Dividend | J | T | Buy | 04/15/13 | J | | |
| 40. Prudential Global Real Estate CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 41. Prudential Jennison Mid Cap Growth CL A | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 42. Wells Fargo Adv Emerging Markets Equity CL A | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 43. Janus CL A | | None | | | Buy | 04/15/13 | J | | |
| 44. Janus CL A | | None | | | Sold | 07/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 14 ; This annuity is not self-directed.

Part VII Line 7; This security had no value listed on the December year end statement and no additional transaction information. The November value prior to year end was $25,000, therefore this amount was used as an estimate for the year end value.

Part VII Lines 24 & 25; These securities had no value listed on the December year end statement and no additional transaction information so estimated values of $1,512 (line 24) and $1,530 (line 25) were used from prior monthly statements available.

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 05/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Victor B. Kenton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544